BANK v. MEADOWS.

PER CURIAM. There was no direct evidence at the trial of this action tending to sustain the allegations of the complaint with respect to the rate of speed at which, or in the manner in which defendant was driving his automobile at the time plaintiff's intestate was struck and fatally injured. Plaintiff contends on his appeal to this Court that the evidence tends to show facts and circumstances from which the jury could have reasonably inferred that defendant was negligent as alleged in the complaint. A careful consideration of all the evidence fails to sustain this contention. All the evidence shows that the unfortunate death of plaintiff's intestate was the result of an unavoidable accident, for which defendant was not responsible. There was no error in the judgment dismissing the action. It is

Affirmed.

---

FEDERAL RESERVE BANK OF RICHMOND v. E. H. MEADOWS AND G. S. ATTMORE.

(Filed 21 October, 1931.)

APPEAL by plaintiff from *Devin, J.,* at January-February Term, 1931, of CRAVEN.

Civil action to recover on a 60-day, negotiable, promissory note for $3,500, alleged to have been executed by E. H. Meadows to the First National Bank of New Bern, endorsed by G. S. Attmore, duly transferred and endorsed to the plaintiff for a valuable consideration before maturity and without notice of any defect or equity, constituting the plaintiff a holder thereof in due course.

The defendants answered, alleging that the plaintiff is not the real party in interest, but is acting for the receiver of the First National Bank of New Bern in undertaking to enforce payment of said note; that the defendants have a counterclaim against said receiver for more than the amount of the note; whereupon they ask that the receiver of the payee bank be made a party. Motion allowed. Plaintiff appeals.

*M. G. Wallace and W. H. Lee for plaintiff.*
*W. B. R. Guion for defendants.*

PER CURIAM. Dismissed on authority of *Trust Co. v. Whitehurst, ante,* 504.

Appeal dismissed.